UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA DEAN, individually, and on behalf of all those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 15 CV 08478 |
| KATES DETECTIVE & SECURITY SERVICES AGENCY and SPECIAL EVENTS SERVICES, INC., | ) ) ) ) | Magistrate Judge M. David Weisman |
| Defendant. | ) ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, PETITION FOR ATTORNEYS' FEES, AND ENHANCEMENT PAYMENT

Plaintiff, on behalf of herself and a Class of similarly-situated individuals, moves this Court for final approval of the parties' Settlement Agreement, an award of attorneys' fees, and of an Enhancement Payment to the Named Plaintiff. Class Counsel has negotiated the settlement of this FLSA collective action and Rule 23 class action on behalf of the putative Class, 18 of whom have filed Claim Forms to join this action. The settlement creates a common fund of $81,540.27. Plaintiff petitions for an award of one-third of the common fund as attorneys' fees in this matter, totaling $27,180.09. Plaintiff also petitions for the award of an Enhancement Payment of $3,000 for the Named Plaintiff, in recognition of her contributions to the successful resolution of this lawsuit. In support of this Motion, Plaintiff submits a supporting Memorandum of Law.

Respectfully submitted January 30, 2017.

>Attorneys for the Plaintiff
>
>By:   */s/David C. Zoeller*
>**HAWKS QUINDEL, S.C.**
>David C. Zoeller, WI State Bar No. 1052017
>Email: dzoeller@hq-law.com
>Caitlin M. Madden, WI State Bar No. 1089238
>Email: cmadden@hq-law.com
>Post Office Box 2155
>Madison, Wisconsin 53701-2155
>Telephone: (608) 257-0040
>
>**WERMAN SALAS P.C.**
>Douglas M. Werman, IL State Bar No. 6204740
>Email: dwerman@flsalaw.com
>77 W. Washington, Suite 1402
>Chicago, Illinois 60602
>Telephone: (312) 419-1008