# Exhibit A

| Date | Amount | Note |
|---|---|---|
| 9/25/2015 | $400.00 | Filing Fee |
| 9/25/2015 | $35.00 | File Set-Up |
| 10/07/2015 | $1.86 | Postage |
| 10/07/2015 | $55.00 | Service of Process |
| 10/07/2015 | $50.00 | Pro Hac Vice Filing Fees |
| 11/12/2015 | $1.19 | Postage |
| 4/21/2016 | $36.52 | Fed-Ex Discovery Documents |
| 7/1/2016 | $162.00 | Mileage for Mediation |
| 07/01/2016 | $33.07 | Travel Expenses |
| 11/29/2016 | $0.67 | Postage |
| 11/29/2016 | $1.14 | Postage |
| 11/30/2016 | $1.14 | Postage |
| 12/05/2016 | $1.35 | Postage |
| 12/13/2016 | $6.04 | Postage |
| 12/16/2016 | $1.14 | Postage |
| | **$786.12** | **Total** |