THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA DEAN, individually and on behalf of all those similarly situated, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | No. 15 CV 08478 |
| KATES DETECTIVE & SECURITY SERVICES AGENCY and SPECIAL EVENTS SERVICES, INC., | ) ) ) ) | Magistrate Judge M. David Weisman |
| DEFENDANT. | ) ) | |

### PARTIES' JOINT STATUS REPORT REGARDING SETTLEMENT AND STIPULATION FOR DISMISSAL

Plaintiff, Debra Dean, and Defendant, Kates Detective & Security Services Agency and Special Events Services, Inc., (collectively, the "parties") respectfully provide this Joint Status Report and Stipulation for Dismissal.

The parties have completed the settlement process set forth in the Settlement Agreement approved by this Court on February 13, 2017. (Dkt. # 87.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action in accordance with this Court's Order Approving Settlement, Enhancement Payment, and Attorneys' Fees and Costs, dated February 13, 2017. (Dkt. # 88.)

Respectfully submitted this 8th day of May, 2017.

Attorneys for the Plaintiff

By: */s/ David C. Zoeller*
**HAWKS QUINDEL, S.C.**
David C. Zoeller, WI State Bar No. 1052017
Email: dzoeller@hq-law.com
Caitlin M. Madden, WI State Bar No. 1089238
Email: cmadden@hq-law.com
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040

**WERMAN SALAS P.C.**
Douglas M. Werman, IL State Bar No. 6204740
Email: dwerman@flsalaw.com
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

Attorneys for the Defendant

By: */s/ James Hasier*
**JEFFREY J. LEVINE, P.C.**
Jeffrey J. Levine, IL State Bar No. 6197977
Email: jeffjlev@yahoo.com
20 North Clark Street, Suite 800
Chicago, Illinois 60602
Telephone: (312) 372-4600

**LAW OFFICES OF JAMES A. HASIER**
James Hasier, IL State Bar No. 6198789
Email: jhasier@jhasierlaw.net
55 West Wacker Drive, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 401-1387

**LAW OFFICES OF TERRENCE BUEHLER**
Terrence Buehler, IL State Bar No. 6181738
Email: tbuehler@tbuehlerlaw.com
55 West Wacker Drive, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 372-2209